IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARIO L. GORDON,** ) | |
| ) | |
| **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 06-cv-1006-WDS** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 02-cr-40004** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| **Respondent/Plaintiff.** ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. On January 15, 2004, Petitioner was found guilty by a jury of one count of conspiracy to distribute and possess with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1) and one count of possession with intent to distribute cocaine base also in violation of 21 U.S.C. § 841(a)(1). On April 23, 2004, Petitioner was sentenced to 360 months imprisonment on the first count and 240 months imprisonment on the second count, terms to be served concurrently; five years supervised release on the first count and three years supervised release on the second count, terms to run concurrently; a fine of $500; and a special assessment of $200. On July 21, 2006, the United States Court of Appeals for the Seventh Circuit affirmed Petitioner's sentence and conviction. On December 7, 2006, Petitioner filed the instant motion under § 2255.

In his motion the Petitioner raises two grounds for relief: (1) that he received ineffective assistance of appellate counsel, and (2) that it was a manifest injustice for the court to find that he is a career offender.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED:  December 20, 2006**

                              **s/ WILLIAM D.  STIEHL**
                              **DISTRICT JUDGE**